### 4958. MEEKS v. MAYOR AND COUNCIL OF CARROLLTON.

POTTLE, J. The evidence was sufficient to authorize a finding that the accused stored two barrels of intoxicating liquor in which he was interested, either as owner or as agent, in a house in the country, and that he removed from one of the barrels several bottles of whisky and carried them to a house in the city. No sale was shown, but the secretive methods employed by the accused, and the circumstances surrounding the transaction, in connection with the fact that unusual numbers of persons were seen to go into his house and sometimes return with packages, warranted the inference that he brought the liquor into the corporate limits of the city for the purpose of illegal sale, and justified his conviction of the violation of a municipal ordinance charging that offense.                                    *Judgment affirmed.*

DECIDED JULY 8, 1913.

Certiorari; from Carroll superior court—Judge R. W. Freeman. April 23, 1913.

*J. O. Newell,* for plaintiff in error.    *C. E. Roop,* contra.

---

### 4959. KAYLOR v. MAYOR AND COUNCIL OF CARROLLTON.

HILL, C. J. Where a petition for certiorari attacks the finding of a recorder of a municipal court, solely on the ground that it was without evidence to support it, and this finding is approved by the judge of the superior court, and there is some evidence, although slight, in support of the finding of the recorder, this court will not reverse the judgment of the superior court overruling the certiorari.    *Hardaway* v. *Atlanta,* 9 *Ga. App.* 837 (72 S. E. 304).    *Judgment affirmed.*